IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL BURGO | : CIVIL ACTION |
| | : |
| v. | : NO. 23-3187 |
| | : |
| BOULEVARD AUTOGROUP, LLC | : |

# ORDER

**AND NOW**, this 31st day of July 2024, upon considering Defendant's Motion for judgment as matter of law, new trial, or for a remittitur and amendment of Judgment (ECF No. 104), Plaintiff's Opposition (ECF No. 105), Defendant's Reply (ECF No. 106), and for reasons in today's accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF No. 104) is **DENIED.**

_____
KEARNEY, J.