# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL BURGO | : CIVIL ACTION |
| | : |
| v. | : NO. 23-3187 |
| | : |
| BOULEVARD AUTOGROUP, LLC | : |

## ORDER

**AND NOW**, this 1st day of August 2024, upon considering Plaintiff's Motion for attorney's fees and costs (ECF No. 107), Defendant's Opposition (ECF No. 108), Plaintiff's Reply (ECF No. 109), and for reasons in today's accompanying Memorandum, it is **ORDERED** Plaintiff's Motion (ECF Doc. No. 107) is **GRANTED in part** and **DENIED in part** requiring we award Plaintiff reasonable attorney's fees of $298,958.06 and reasonable costs of $28,902 as reflected in the Judgment entered today.

_____
KEARNEY, J.